Anthony D. Guenther, Esq.
Nevada Bar No. 5651
LAW OFFICES OF ANTHONY D. GUENTHER, ESQ.
721 S. 6th Street
Las Vegas, Nevada 89101
Telephone: (702) 589-5170
Facsimile: (702) 541-8866
Email: adg@adguentherlaw.com
*Attorneys for defendant Dwayne Jermaine Mair*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>DWAYNE JERMAINE MAIR,<br><br>Defendant. | CASE NO.:   2:21-mj-00952-DJA<br><br>ORDER   to Continue Status Hearing<br><br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Imani Dixon, Assistant United State Attorney, and Anthony Guenther, Esq., counsel for defendant Dwayne Jermaine Mair, that the status check hearing on completion of conditions in the above-captioned matter, currently scheduled for February 3, 2023 at the hour of 11:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than 60 days.

　　　　This stipulation is entered into for the following reasons:

　　　　1.　　The defendant has completed a substantial portion of the conditions ordered pursuant to the sentencing order.

　　　　2.　　Defendant is out of custody and agrees to the continuance.

　　　　3.　　The additional time requested herein is not sought for purposed of delay, but to allow the defendant sufficient time within which to successfully complete his sentencing conditions.

Page 1 of 2

4.   This is the first request for a continuance of the status hearing for completion of sentencing conditions.

5.   The parties agree to the continuance.

DATED this ____ day of February, 2023.

LAW OFFICES OF ANTHONY GUENTHER, ESQ.

  /s/ - Anthony D. Guenther
Anthony D. Guenther, Esq. (#5651)
721 S. 6th Street
Las Vegas, NV 89101
*Attorneys for defendant Mair*

DATED this ____ day of February, 2023.

JASON M. FRIERSON
United States Attorney

  /s/ - Imani Dixon
Imani Dixon
Assistant United States Attorney

Page 2 of 2

1  Anthony D. Guenther, Esq.
   Nevada Bar No. 5651
2  LAW OFFICES OF ANTHONY D. GUENTHER, ESQ.
   721 S. 6th Street
3  Las Vegas, Nevada 89101
   Telephone: (702) 589-5170
4  Facsimile: (702) 541-8866
   Email: adg@adguentherlaw.com
5  *Attorneys for defendant Dwayne Jermaine Mair*

6                    UNITED STATES DISTRICT COURT

7                          DISTRICT OF NEVADA

8  | UNITED STATES OF AMERICA,        | CASE NO.:   2:21-mj-00952-DJA |
9  |              Plaintiffs,         |                               |
   | vs.                              | ORDER    to Continue Status Hearing |
10 |                                  |                               |
   | DWAYNE JERMAINE MAIR,            | (First Request)               |
11 |              Defendant.          |                               |

12      Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court
13 finds that:
14
        1.   The defendant has completed a substantial portion of the conditions ordered
15
   pursuant to the sentencing order and needs additional time to complete his sentence requirements.
16
        2.   Defendant is out of custody and agrees to the continuance.
17
        3.   The parties agree to the continuance.
18
        4.   This request for a continuance is made in good faith and is not intended to delay the
19
   proceedings in the matter.
20
        5.   Denial of this request for continuance would result in a miscarriage of justice.
21
   ///
22
   ///
23
   ///
24
   ///
25
   ///
26
   ///
27
28                              Page 1 of 2

## ORDER

IT IS HEREBY ORDERED that the status hearing in the above-captioned matter currently scheduled for February 3, 2023, at the hour of 11:30 a.m. is hereby VACATED, and RESET for April 14, 2023, at 11:30 a.m., Courtroom 3A.

DATED this \_\_3rd\_\_ day of February, 2023.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE